3:13-cv-5-J-99mmH-JBT

Cover Sheet

FILED

Name: David Joshua Cruz
DOB: October 17, 1989
SSN: 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
Inmate
Docket #: 2012-016954

2013 JAN -2 PM 4:53
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

Detained at: Jacksonville Sheriff's Pretrial detention center 500 East Adams St, Jacksonville, FL 32202

S.A.
Case No: 10 CF 024614AD

Clerk No: 162010CF003016AXXXMA
Division: CRC

Charge: count 1, Armed Robbery

To whom this letter may concern,
I David Joshua Cruz inmate at the Pre-trial detention center. Am writing to inform that my Fifth, Sixth, and Fourteenth Amendments to the Constitution of the United States are being violated or in violation. Due, that statements by the Respondent/Defendant were obtained in violation of Respondents/Defendant's right to counsel and privilege against self-incrimination guaranteed by the Fifth, Sixth, and Fourteenth amendments of the Constitution of the United States as interpreted by the United States Supreme Court in > Miranda v. Arizona, 384 U.S. 436, 86 S. Ct. 1602, 16 L. Ed. 29 694, 10 A.L.R. 3d 974 (1966). The statements were obtained from Respondent, by virtue of an illegal arrest in violation or respondents right as guaranteed by the Fourth and Fourteenth amendments to the Constitution of the United States, and > Article 1, § 12 of the Constitution of the State of Florida. The are "Fruits of the poisonous tree." > Wong Sun v. U.S., 371 U.S. 471, 83 S. Ct. 407, 9 L. Ed. 2d 441 (1963); > Gipson v. State, 667 So. 2d 418 (Fla. Dist. Ct. App. 5th Dist. 1996).

(Continued on next page)

Also the Respondent/Defendant statements were not knowingly, intelligently, and voluntarily given, in violation of respondents right as guaranteed by the Due Process Clause of the Fourteenth Amendment to the Constitution of the United States and by Article I, §9 of the Constitution of the State of Florida. As well the statements obtained by the respondent/Defendant are not supported by independent prima facie proof of a corpus delicti of the crime for which the defendant/Respondent was charged. I Therefore, Plea that a Federal court interfers due to Facts shown by the defendant where Constitutional issues can be raised. Also the defendant/Respondent shows that his Fourth, Fifth, Sixth, and Fourteenth amendment has been violated and is in violation by the State's. Due that the I, the defendant David Joshua Cruz am being held in incarceration at the Pre-trial detention center, because of statements that were obtained from the defendant/respondent in violation of the defendant's/respondents right to counsel and privilege against self-Incrimination guaranteed by the Fifth, Sixth, and Fourteenth Amendments of the Constitution of the United States. I in good faith feel that proper action will take place.

Sincerly, David Joshua Cruz   December 26, 2012

David J. Cruz